BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225
Our Ref.: 07-P-001-RB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HARTFORD FIRE INSURANCE COMPANY
as subrogee of DIGITAL PORTAL, INC.                                  07 CV 3398 (BSJ)

         Plaintiff,                          **Rule 7.1 Statement**

 -against-

ARIES FREIGHT SYSTEMS, L.P.,

         Defendant.

------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

        SEE ATTACHED

DATE: May 1, 2007

                SIGNATURE OF ATTORNEY
                ROMAN BADIAK (1130)

FORM SDNY-9

**THE HARTFORD INSURANCE GROUP**
**First State Pool**
   First State Insurance Co
   New England Insurance Co
   New England Reins Corp

**The Hartford Insurance Pool**
   Hartford Acc & Indemnity Co
   Hartford Casualty Ins Co
   Hartford Fire Insurance Co
   Hartford Ins Co of Illinois
   Hartford Ins Co of Midwest
   Hartford Ins Co of Southeast
   Hartford Lloyd's Ins Co
   Hartford Underwriters Ins Co
   Nutmeg Insurance Company
   Pacific Insurance Company, Ltd
   Prop & Cas Ins Co Hartford
   Sentinel Insurance Co, Ltd.
   Trumbull Insurance Company
   Twin City Fire Ins Co

**Omni Insurance Group, Inc.**
   Omni Indemnity Company
   Omni Insurance Company