Case No: 07 CV 3398

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY<br>as subrogee of DIGITAL PORTAL, INC., | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF |
| V. | NEW YORK |
| ARIES FREIGHT SYSTEMS, L.P. | |

## AFFIDAVIT

Before me, the undersigned authority, personally appeared David Garza, who swore on oath that the following facts are true and correct:

My name is David Garza. I am an authorized private process server in matters pending in the Harris County District Courts Civil and Family Divisions. I was first authorized by general order of the Administrative Judge of the Harris County District Courts on June 15, 1994. The most recent general order authorizing me to serve process immediately prior to the process served in this case was signed on July 1, 2005 IN THE SUPREME COURT OF TEXAS Misc. Docket No. 05-9121, FINAL APPROVAL OF AMENDMENTS TO RULE 103 AND 536 (a) OF TEXAS RULES OF CIVIL PROCEDURE.

I am an employee of The Marker Group, Inc.

My business address is:   13105 Northwest Freeway, Suite 300
                          Houston, Texas 77040

My business phone is:   (713) 460-9070

The parties to this case are as follows:

HARTFORD FIRE INSURANCE COMPANY
as subrogee of DIGITAL PORTAL, INC.,

V.

ARIES FREIGHT SYSTEMS, L.P.

On May 8, 2007 @ 11:06 A.M. I served/delivered SUMMONS IN A CIVIL CASE WITH THE ORIGINAL COMPLAINT to ARIES FREIGHT SYSTEMS, L.P. through its Executive Vice-President Mr. Stacy R. Ginn. Located at 16554 Air Center Boulevard Houston, TX 77032.

[Affidavit Re: Case No.07 CV 3398 page 2 of 2]

I am not a party to this case, nor am I related to, employed by, or otherwise connected to [other than having been retained to serve process in this case] any party or any party's attorney in this case; and I have no interest in the outcome of this lawsuit.

I am over the age of 18 years. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude.

_____
(Affiant's Signature)

DAVID GARZA
(Affiant's printed name)

Before me, a notary public, on this day personally appeared David Garza, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office this 8th. day of May, 2007.

[NOTARY'S SEAL]
MARTHA E. RODRIGUEZ
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 18, 2009

Martha E. Rodriguez
Notary Public