UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY
a/s/o DIGITAL PORTAL, INC.,                                              **ECF CASE**

                              Plaintiff,                        07 Civ. 3398 (BSJ)

        - against -

ARIES FREIGHT SYSTEMS, L.P.

                              Defendant.
-----------------------------------------------------------X


        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant (a private non-governmental party) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:



None



    08/16/07                        S/ _____
Date                                         PETER J. ZAMBITO