**MEMO ENDORSED**

## DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION

ATTORNEYS AND COUNSELLORS AT LAW

131 EAST THIRTY EIGHTH STREET

NEW YORK, NEW YORK 10016-2680

TELEPHONE: (212) 889-2300

FACSIMILE: (212) 889-1288

e-mail: drgzh@aol.com

www.DoughertyRyan.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07
```

August 23, 2007

*The initial pretrial conference is adjourned to September 28, 2007 at 2 pm.*

*FMaas, USMJ 8/24/07*

**VIA FACSIMILE**     (212) 805-6724

Honorable Frank Maas
United States Magistrate Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

        Re:  Hartford Fire Insurance Company v. Aries
             Freight Systems, L.P.
             07 Civ. 3398 (BSJ)(FM)
             <u>Our File: 07-60-3730/PJZ</u>

Sir:

        We represent defendant Aries Freight Systems, L.P. in the captioned matter

        We write on consent to respectfully request an adjournment of the initial conference scheduled for September 5, 2007 at 4:00 p.m. for the reasons which follow.

        Initially, kindly note that Roman Badiak, Esq. retired on Monday, August 20, 2007. The matter has only recently been reassigned to Alfred Will, Esq.

        I returned from vacation on August 9, 2007. This file was received by me (the only one handling it) on August 10, 2007. I am pursuing data so as to be able to evaluate the merits of the claim.

        In short, I respectfully suggest that a conference two (2) weeks from now and less than a month after I received the file, even though an initial one, would not be productive. For instance, I would be hard-pressed to respond to items 3. a, c and g and 4 through 7 of your Honor's Order for Conference dated August 21, 2007.

Honorable Frank Maas
Page 2
August 23, 2007

      Accordingly, counsel for the parties hereto respectfully request that the September 5, 2007 conference be adjourned to a date in the latter part of September 2007, excepting September 20.

      Further, in deference to Mr. Will, who resides in Long Island and has his office in Mineola, counsel respectfully request that if this application is granted, the conference be scheduled for mid to late morning or early afternoon.

      Lastly, plaintiff's counsel received a message, indicating that a teleconference with your Honor was scheduled for September 4, 2007 at 10:00 a.m. We did not receive such a message from your Honor's chambers. In any event, the writer will be out-of-town on September 4, 2007.

      Thank you for your consideration of the foregoing application.

      Very respectfully yours,

DOUGEHRTY RYAN GIUFFRA ZAMBITO & HESSION

BY: PETER J. ZAMBITO

cc: Alfred J. Will, Esq.
    Badiak & Will, LLP
    Your Ref: 07-P-001-RB
    FAX: (212) 376-6777

    Lisa Ann Scognamillo, Esq.
    Badiak & Will, LLP
    FAX: (212) 376-6777