UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY,

                     Plaintiff,                  07 Civ. 3398 (BSJ) (FM)

  -against-                         **NOTICE OF APPEARANCE**

ARIES FREIGHT SYSTEMS, L.P.,

                     Defendant.
-------------------------------------------------------------X

       PLEASE TAKE NOTICE that the lead attorney and the attorney entitled to receive notice on behalf of the plaintiff herein, HARTFORD FIRE INSURANCE COMPANY is now Lisa A. Scognamillo in place of Roman Badiak who has retired from the firm. The firm name and firm contact information remain the same.

                                                     BADIAK & WILL, LLP
                                                     Attorneys for Plaintiff

                                                     By: _____
                                                        LISA A. SCOGNAMILLO
                                                        106 Third Street
                                                        Mineola, New York 11501-4404
                                                       Our Ref.: 07-P-001-RB/LS

TO:    Clerk of the Court
        United States District Court                  **VIA ECF ONLY**
        Southern District of New York

        Attn: Peter J. Zambito, Esq.
        Dougherty, Ryan, Zambito & Hession
        Attorneys for Defendant                  **VIA ECF AND REGULAR MAIL**
        131 East 38th Street
        New York, New York 10016-2680