UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HARTFORD FIRE INSURANCE CO., :

               Plaintiff, : **ORDER**

  -against- : 07 Civ. 3398 (BSJ)(FM)

ARIES FREIGHT SYSTEMS, L.P., :

              Defendant. :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a conference held earlier today, it is hereby ORDERED that a settlement conference shall be held on October 26, 2007, at 5:00 p.m, in Courtroom 20A. A representative with full settlement authority from both parties shall attend the conference.

      SO ORDERED.

Dated:    New York, New York
          October 11, 2007

                                      FRANK MAAS
                             United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/07

Copies To:

Honorable Barbara S. Jones
United States District Judge

Lisa A. Scognamillo, Esq.
Badiak & Will, LLP
Fax: (212) 376-6777

Peter J. Zambito, Esq.
Dougherty, Ryan, Giuffra, Zambito & Hession
Fax: (212) 889-1288