UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

Hartford Fire Insurance Co.,

Plaintiff(s),

-against-

Aries Freight Systems, L.P.

Defendant(s).
----------------------------------------x

**ORIGINAL**

ORDER OF DISCONTINUANCE

07 Civ. 3398(BSJ)(FM)

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued (with)/without prejudice and with/(without) costs; provided, however, that within 30 days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:   New York, New York
         October 18, 2007

_____
FRANK MAAS
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

Attorney(s) for Plaintiff Hartford Fire Ins. Co.
Badiak & Will
Agreed and Consented to:

Attorney(s) for Defendant Aries Freight Sys., L.P.
Peter J. Zambito, Esq. (PZ 9362)
Dougherty, Ryan, Giuffra, Zambito, & Hession
Agreed and Consented to:

_____
Peter J. Zambito

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Hartford Fire Insurance Co.,

             Plaintiff(s),           ORDER OF DISCONTINUANCE

-against-                 07 Civ. 3398(BSJ)(FM)

Aries Freight Systems, L.P.

             Defendant(s).
------------------------------------------------------------x

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is, discontinued (with)/without prejudice and with/(without) costs; provided, however, that within 30 days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               October 18, 2007

                                                     FRANK MAAS
                                                     United States Magistrate Judge

Attorney(s) for Plaintiff Hartford Fire Ins. Co.    Attorney(s) for Defendant Aries Freight Sys., L.P.
Bidziak & Will                                          Peter J. Zambito, Esq.
                                                              Doughty, Ryan, Giuffra, Zambito, & Hession

Agreed and Consented to:                       Agreed and Consented to: