# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225  
TELEFAX: (516) 877-2230/2240  
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET  
MINEOLA, NY 11501-4404

FLORIDA OFFICE:  
BADIAK, WILL & KALLEN  
17071 WEST DIXIE HIGHWAY  
NORTH MIAMI BEACH, FL 33160

November 12, 2007

Honorable Frank Maas  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

RE: Hartford Fire Insurance Company v. Aries Freight Systems, LLP  
    Index No.: 07 CV 3398 (BSJ) (FM)  
    Our Ref. No.: 07-P-001-LS

Dear Magistrate Maas:

We represent plaintiff in the above-referenced matter.

We write to respectfully request that the Order of Discontinuance signed on October 18, 2007 be extended for an additional 30 days pending receipt of a fully executed Release. Counsel for Aries has no objection to our request.

We thank the Court for its kind attention to this matter.

Very truly yours,

BADIAK & WILL, LLP

LISA ANN SCOGNAMILLO

LAS/jm

cc: Dougherty, Ryan, Giuffra, Zambito & Hession  
    Attorneys for Defendant  
    131 East 38th Street  
    New York, NY 10016  
    Attn.: Peter J. Zambito